AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## JUDGMENT IN A CIVIL CASE

**DANIELLE MILLER**

VS.                                    **CASE NUMBER: 8:10-cv-2475-T-26TBM**

**ROCHE SURETY AND CASUALTY CO., et al.,**

☐     **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** That Judgment is entered in favor of the Defendant, Roche Surety and Casualty Co., et al., and against the Plaintiff, Danielle Miller.

December 12, 2011                                    SHERYL L. LOESCH, CLERK

                                                               /s/ Susan Saylor
                                                     (By)   Susan Saylor, Deputy Clerk