UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIELLE MILLER,

    Plaintiff,

vs.                                   Case No.: 8:10-cv-2475

ROCHE SURETY AND CASUALTY CO.,
INC., ROCHE BAIL BONDS, INC. and
SHANNON ROCHE,

    Defendants.

_____/


STATE OF FLORIDA       )
                                 )
COUNTY OF HILLSBOROUGH )

## AFFIDAVIT OF THOMAS M. GONZALEZ

BEFORE ME, the undersigned authority, personally appeared THOMAS M. GONZALEZ, who after being duly sworn, deposes and says as follows:

1. I am a shareholder of the firm of Thompson, Sizemore, Gonzalez, & Hearing, P.A., of Tampa, Florida. We represent the Defendants, Roche Surety and Casualty Co, Inc., Roche Bail Bonds, Inc. and Shannon Roche, ("Defendants"), in the above-styled action. I am giving this affidavit in support of the Defendants' Bill of Costs.

2. To the best of my knowledge and belief, the costs listed below are correct and have been necessarily incurred in the defense of this action. The services for which costs have been charged were actually and necessarily performed. Invoices for these costs are attached as Exhibit A.

| DATE | DESCRIPTION | COST |
|---|---|---|
| 05/25/11 | Michael Musetta & Associates, Inc. for the Deposition of Danielle Miller | $569.75 |
| 12/13/11 | Gulf Coast Reporting, Inc. for the Depositions of Armando Roche, taken 8/29/11, Shannon Roche and Melisa Martin taken 9/1/11, Edward Diliberto, Zaida Arroyo, Rosa Ann Meehan, and Jeannette Winklemann Taken 9/8/11, Monica Meythaler taken 9/28/11 | $1,992.20 |
| 09/07/11 | CAD Court Reporting, Inc. for the Deposition of Toni Meyer | $105.00 |
| | **SUB-TOTAL** | **$2,666.95** |

| DATE | DESCRIPTION | COST |
|---|---|---|
| 09/30/11 | Copies (copy to Judge of motion for summary judgment and Documents in support 1,090 @.20 cents) | $218.00 |
| 11/08/11 | Check to Legal Images for trial exhibit copies | $311.58 |
| 11/30/11 | Copies (copy to Judge of jury instructions and verdict form, 32 @.20 cents) | $6.40 |
| 12/07/11 | Copies (color exhibits for trial 767 @ 30 cents) | $230.10 |
| | **SUB-TOTAL** | **$766.08** |

| DATE | DESCRIPTION | COST |
|---|---|---|
| 12/01/11 | Check to Epperson & Associates for Service of Subpoena for Trial on James Bemis | $40.00 |
| 12/05/11 | Check to Epperson & Associates for Service of Subpoena for Trial on Christopher Carrozza and attemped service of Steve Spiro | $105.00 |
| 12/07/11 | Check to Epperson & Associates for Service of Subpoena for Trial on Roxanne Barton | $65.00 |
| 12/08/11 | Check to Epperson & Associates for Service of Subpoena for | |

| | | |
|---|---|---|
| | Trial on Michael Molineri | $65.00 |
| 12/09/11 | Check to Epperson & Associates for Service of Subpoena duces tecum for Trial on Roxanne Barton | $90.00 |
| | **SUB-TOTAL** | **$365.00** |
| | **TOTAL** | **$3,798.03** |

FURTHER AFFIANT SAYETH NAUGHT.

_____
AFFIANT, THOMAS M. GONZALEZ

SWORN TO and subscribed before me this 14th day of December, 2011, by THOMAS M. GONZALEZ, who is personally known to me.

(SEAL)   _____
NOTARY PUBLIC (Signature)

KAREN S. HARRIS
MY COMMISSION # DD 905024
EXPIRES: November 5, 2013
Bonded Thru Notary Public Underwriters

# Michael Musetta & Associates, Inc.

201 North Franklin Street  
One Tampa City Center  
Suite 3400  
Tampa, FL 33602

Tel: 813-221-3171  
Fax: 813-225-1714  
Toll Free: 866-248-0866  
E-Mail: mmusetta@gte.net

| Bill To |
|---|
| Thompson, Sizemore Gonzalez & Hearing, PA |
| 201 North Franklin Street |
| Suite 1600 |
| Tampa, Fl 33602 |
| Attention: Tom Gonzalez, Esquire |



## Invoice

| Date | Invoice # |
|---|---|
| 6/2/2011 | 80272 |

*379.200*

| Assignment Date | Terms | Due Date | Rep |
|---|---|---|---|
| 5/25/2011 | Net 30 | 7/2/2011 | CL |

| Qty | Description | Rate | Amount |
|---|---|---|---|
|  | Danielle Miller vs. Roche Surety and Casualty Co. |  |  |
|  | Deposition of Danielle Miller |  |  |
| 1 | Attendance First Hour | 70.00 | 70.00 |
| 1 | Attendance - Additional Hours | 40.00 | 40.00 |
| 93 | Original and One Copy | 4.75 | 441.75 |
| 72 | Exhibit Pages | 0.25 | 18.00 |
|  | Condensed Transcript | 0.00 | 0.00 |
| 1 | Email Sent Through Min-U-Script. | 0.00 | 0.00 |
|  | Consist of ASCII, Fullsize and Condensed as PDF File. |  |  |

| | Total | $569.75 |
|---|---|---|
| WE ACCEPT VISA, MASTERCARD, AND AMEX | **Balance Due** | $569.75 |

Tax ID# 59-2469890

We Appreciate your business.



3 7151 / 37152



# Gulf Coast Reporting, Inc.

Post Office Box 2467
Palm Harbor, Florida 34682
www.gulfcoastreporting.com

| BILL TO: | INVOICE DATE: December 13, 2011 |
|---|---|
| Thomas M. Gonzalez, Esq.<br>Thompson, Sizemore, Gonzalez & Hearing, P.A.<br>201 North Franklin Street, Suite 1600<br>Tampa, Florida 33602-5110 | RE:<br>Danielle Miller vs. Roche Surety and Casualty Co.<br>Case No. 8:10-cv-02475-RAL-TBM |
| REPORTER: SC/LA | INVOICE NO.: 3899.11 |

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/29/2011 | Deposition of Armando Roche | |
| | Original Transcript with Index | $ 238.00 |
| | PDFs/ASCIIs (Full and Compressed Transcripts with Indexes) | 15.00 |
| | Shipping and Handling | 4.50 |
| 9/1/2011 | Depositions of Shannon M. Roche and Melisa Martin | |
| | Original Transcripts with Indexes | 845.75 |
| | PDFs/ASCIIs (Full and Compressed Transcripts with Indexes | 30.00 |
| | Shipping and Handling | 4.50 |
| 9/8/2011 | Depositions of Edward R. Diliberto, Zaida Arroyo, Rosa Ann Meehan and Jeanette Lazzara Winkelman | |
| | Original Transcripts with Indexes | 633.25 |
| | PDFs/ASCIIs (Full and Compressed Transcripts with Indexes | 60.00 |
| | Shipping and Handling | 8.95 |
| 9/28/2011 | Deposition of Monica Meythaler | |
| | Transcript Copy with Index | 123.75 |
| | PDFs/ASCIIs (Full and Compressed Transcripts with Indexes | 15.00 |
| | Exhibit Copies | 4.55 |
| | Shipping and Handling | 8.95 |
| | **TOTAL AMOUNT DUE:** | **$ 1,992.20** |

THANK YOU
PAYMENT DUE UPON RECEIPT

(727) 781-8977    Toll Free (888) FL-STENO    Fax (727) 953-6998



# CDA Reporting
## Court Reporters

*Serving Idaho & Washington*

208.765.3666 (ID) ~ 509.703.6600 (WA)

Fax 208.676.8903
Toll Free 888.894.CDAR
office@cdareporting.com
www.cdareporting.com

September 26, 2011

Mr. Thomas M. Gonzalez
Thompson, Sizemore, Gonzalez & Hearing, PA
201 N. Franklin Street
Suite 1600
Tampa, FL 33602

**Invoice Number**
**VN 2038**

Re: Miller vs. Roche Surety and Casualty Co., - Case No. CV-02475-RAL-TBM
9/7/2011 Deposition of Toni Meyer

| Description of Services | Pgs/Qty | Rate | Extension |
|---|---|---|---|
| Original + 1 Certified Copy - E-Transcript Only | 28.00 | 3.75 | 105.00 |
| | Invoice total: | | $105.00 |

Payment due upon receipt.
Overdue accounts subject to a service charge of 1% per month.

WE APPRECIATE YOUR BUSINESS!

Tax ID No. 80-0157666

*Personable...Dependable...Flexible*

*Bank of America Building - 401 Front Avenue, Suite 215 - Coeur d'Alene, Idaho 83814*

# Legal Images, Inc.
412 E. Madison Street
Suite 1108
Tampa, FL 33602
PH. 813-228-0550

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/8/2011 | 996599 |

| BILL TO | SHIP TO |
|---|---|
| Thompson, Sizemore, Gonzalez & Hearing, P.A.<br>One Tampa City Center<br>201 N. Franklin St., Ste 1600<br>Tampa, FL 33602 | Thompson, Sizemore, Gonzalez & Hering, P.A.<br>One Tampa City Center<br>201 N. Franklin St., Ste 1600<br>Tampa, FL 33602 |

| Billing # | Terms | Sent By | Customer ID | Case Name |
|---|---|---|---|---|
| 379.200 | Net 15 | Karen | 273-0050 | Roche/Miller |

| QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2,080 | Imaging | Photocopies<br>Sales Tax | 0.14<br>7.00% | 291.20T<br>20.38 |

40669

POSTED 11/10/2011

Tax I D Number 59 3477983
Past Due Accounts Charged 1 5 percent Interest Per Month

**Total**  $311.58

Epperson & Associates, Inc.
2207 Branch Hill Street
Tampa, FL 33612

# Invoice

| Date | Invoice # |
|---|---|
| 12/1/2011 | 3898 |

| Bill To |
|---|
| Thomas G. Gonzalez, Esq.<br>Thompson, Sizemore, Gonzalez & Hearing<br>One Tampa City Center<br>201 N. Franklin Street, Suite 1600<br>Tampa, Fl. 33602 |

*379.200*

| Terms |
|---|
| Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | LOCAL SUBPOENA<br>U.S. DISTR. CT., MIDDLE DISTR. OF FL., TAMPA DIV.<br>CASE # 8:10-cv-2475-RAL-TBM<br><br>DANIELLE MILLER V. ROCHE SURETY AND CASUALTY CO, INC., et al.<br><br>SERVED TO: JAMES BEMIS, COMMUNICATION SUPPLY CORP.<br><br>THANK YOU! | 40.00 | 40.00 |

EIN # 80-0221292

**Total** $40.00

12/7/2011

Epperson & Associates, Inc.
2207 Branch Hill Street
Tampa, FL 33612

# Invoice

| Date | Invoice # |
|---|---|
| 12/5/2011 | 3905 |

| Bill To |
|---|
| Thomas G. Gonzalez, Esq.<br>Thompson,Sizemore,Gonzalez & Hearing<br>One Tampa City Center<br>201 N. Franklin Street, Suite 1600<br>Tampa, Fl. 33602 |

*379.200*

| Terms |
|---|
| Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | OUT OF COUNTY SUBPOENA | 65.00 | 65.00 |
| 1 | LOCAL SUBPOENA<br>U.S.DISTR. CT., MIDDLE DISTR. OF FL., TAMPA DIV.<br>CASE # 8:10-cv-2475-RAL-TBM<br><br>DANIELLE MILLER V. ROCHE SURETY AND CASUALTY CO., INC.et al.<br><br>SERVED TO: CHRISTOPHER CARROZZA<br>NON-SERVED TO: STEVE SPIRO<br><br>THANK YOU! | 40.00 | 40.00 |

POSTED

EIN # 80-0221292

**Total** $105.00

Epperson & Associates, Inc.

2207 Branch Hill Street
Tampa, FL 33612

# Invoice

| Date | Invoice # |
|---|---|
| 12/7/2011 | 3907 |

| Bill To |
|---|
| Thomas M. Gonzalez, Esq.<br>Thompson,Sizemore,Gonzalez & Hearing<br>One Tampa City Center<br>201 N. Franklin Street, Suite 1600<br>Tampa, Fl. 33602 |

*379.200*

| Terms |
|---|
| Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | OUT OF COUNTY SUBPOENA<br>U.S. DISTR. CT., MIDDLE DISTR. OF FL., TAMPA DIV.<br>CASE # 8:10-cv-2475-RAL-TBM<br><br>DANIELLE MILLER V. ROCHE SURETY AND CASUALTY CO. et al.<br><br>SERVED TO: ROXANNE BARTON<br><br>THANK YOU! | 65.00 | 65.00 |

POSTED 12/12/2011

EIN # 80-0221292

**Total** $65.00

Epperson & Associates, Inc.

2207 Branch Hill Street
Tampa, FL 33612

# Invoice

| Date | Invoice # |
|---|---|
| 12/8/2011 | 3909 |

| Bill To |
|---|
| Thomas M. Gonzalez, Esq.<br>Thompson,Sizemore,Gonzalez & Hearing<br>One Tampa City Center<br>201 N. Franklin Street, Suite 1600<br>Tampa, Fl. 33602 |

| Terms |
|---|
| Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | OUT OF COUNTY SUBPOENA<br>U.S. DISTR. CT., MIDDLE DISTR. OF FL., TAMPA DIV.<br>CASE # 8:10-cv-2475-RAL-TBM<br><br>DANIELLE MILLER V. ROCHE SURETY AND CASUALTY CO., INC.<br><br>SERVED TO: MICHAEL MOLINERI, DITEK CORP.<br><br>THANK YOU! | 65.00 | 65.00 |

EIN # 80-0221292

**Total** $65.00

Epperson & Associates, Inc.
2207 Branch Hill Street
Tampa, FL 33612

# Invoice

| Date | Invoice # |
|---|---|
| 12/9/2011 | 3911 |

| Bill To |
|---|
| Thomas M. Gonzalez, Esq.<br>Thompson,Sizemore,Gonzalez & Hearing<br>One Tampa City Center<br>201 N. Franklin Street, Suite 1600<br>Tampa, Fl. 33602 |

| Terms |
|---|
| Due on receipt |

379,200

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | OUT OF COUNTY SUBPOENA | 65.00 | 65.00 |
| 1 | RUSH FEE | 25.00 | 25.00 |
| | U.S. DISTR. CT., MIDDLE DIST. OF FL., TAMPA DIV.<br>8:10-cv-2475-RAL-TBM | | |
| | DANIELLE MILLER V. ROCHE SURETY AND CASUALTY CO., et al. | | |
| | SERVED TO: ROXANNE BARTON | | |
| | THANK YOU! | | |

EIN # 80-0221292

**Total** $90.00

